

Recelpt # 16166
Bk 5199   PG 290
11/13/2017 11:41:42 AM
Pages 2
ASSIGNMENT
Instr # 33191
Rebecca S. Wotton Lincoln County Registry of Deeds

**MAINE**
COUNTY OF LINCOLN
LOAN NO.

Prepared By: Seterus, Inc.
When Recorded Mail To: Seterus, Inc., 14523 Sw Millikan Way, Suite 200, Beaverton, OR 97005, Ph. 1(866)570-5277

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND ASSIGNS, located at P.O. BOX 2026, FLINT, MICHIGAN 48501-2026, Assignor, does hereby grant, assign, transfer, and set over unto FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, located at 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated AUGUST 23, 2004, executed by DIEUWERTJE W THONET AND CHRISTOPHER M THONET, WIFE AND HUSBAND, as Mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND ASSIGNS, Original Mortgagee, and recorded in Book 3358 at Page 174 as Instrument No. 11086 in the office of the Register of Deeds in the County of LINCOLN, State of MAINE.

TOGETHER with all rights accrued or to accrue to said Mortgage.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this **SEPTEMBER 20, 2017**.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

TIFFANY BITSOI, VICE PRESIDENT

STATE OF IDAHO      COUNTY OF BONNEVILLE      ) ss.

On SEPTEMBER 20, 2017, before me, MELANIE MENDOZA, personally appeared TIFFANY BITSOI known to me to be the VICE PRESIDENT of the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

MELANIE MENDOZA (COMMISSION EXP. 07/21/2022)
NOTARY PUBLIC

MELANIE MENDOZA
NOTARY PUBLIC
STATE OF IDAHO

· FAM - ME                     Page 1 of 1                     MIN: 100085200502110028
                                                                MERS PHONE: 1-888-679-6377

EXHIBIT D

Schedule "A"

A certain lot or parcel of land together with the buildings thereon situated in Boothbay Harbor, Lincoln County, Maine, bounded and described as follows, to wit:

Beginning on the West side of the so-called Ice Pond Road leading to Ice Pond formerly of Captain G.A. Carlisle at a metal pipe set in a rock on the North line of land now or formerly of Richard M. Latter, this pipe being (39) feet from the northeast corner of the main house of said Latter, and this pipe being thirty-nine and two tenths (39.2) feet from the northwest corner of the kitchen or extension from said main house; thence North 47° West by land now or formerly of said Latter, passing through a line of bolts, (now broken off), sixty (60) feet to a long metal pipe driven in the center of the brook twenty-nine and two tenths (29.2) feet from the northwest corner of said kitchen or extension; thence by the East line of land now or formerly of Mrs. Matthews, now or formerly of Nat Grover (formerly the parsonage lot) and now or formerly of J.W. Brackett to another long metal pipe in the center of same brook, the bearing and distance from pipe to pipe in a straight line being North 47° 16' East one hundred and eighty-nine (189) feet and the interior angle at the center being 85° 42'; thence turning sharply South 30° 10' West, interior angle 15° 8' one hundred ninety-two (192) feet to the point of beginning.

A true copy
ATTEST:
Rebecca S Wotton, Registrar
3-27-2019