Receipt # 16312

**Bk 5203    PG 85**
11/20/2017  11:11:35 AM
Pages 1
ASSIGNMENT

Instr # 33468
Rebecca S. Wotton Lincoln County Registry of Deeds

Loan # 8136205

### Quitclaim Assignment

WHEREAS, First Horizon Home Loan Corporation., is identified as the "Lender" on a certain mortgage executed by Dieuwertje W. Thonet and Christopher M Thonet, and bearing the date of August 23, 2004 securing the property located at 16 Union Court, Boothbay Harbor, Maine 04538, in the County of Lincoln and State of Maine and recorded in the Lincoln County Registry of Deeds  Doc # 11086 in **Book 3358, Page 174**  (hereinafter the"Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to **Federal National Mortgage Association** ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

First Horizon Home Loan Corporation by Seterus Inc. Its attorney in fact

Susan G Humphrey
Loan Admin AVP

STATE OF Oregon
COUNTY OF Washington

Subscribed before me on October 13,2017, by Susan G Humphrey as Loan Admin AVP. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

OFFICIAL STAMP
JOSEFINA LOZADA HIKADE
NOTARY PUBLIC - OREGON
COMMISSION NO. 958963
MY COMMISSION EXPIRES MARCH 7, 2021

Josefina Lozada Hikade Notary Public
My Commission Expires: March 7, 2021

A true copy
ATTEST:
Rebecca Wotton
Rebecca S Wotton, Registr
3-27-2019