Receipt # 18529

E-RECORDED

Instr # 36755
Rebecca S. Wotton Lincoln County Registry of Deeds

Bk 5240    PG 232
03/23/2018  08:24:18 AM
Pages 2
ASSIGNMENT

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____



5566134

## QUIT CLAIM ASSIGNMENT OF MORTGAGE

WHEREAS, FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, S/B/M TO FIRST HORIZON HOME LOAN CORPORATION, is identified as the "Lender" on a certain mortgage executed by DIEUWERTJE W. THONET & CHRISTOPHER M. THONET and bearing the date of 8/23/2004 and recorded on 9/10/2004 in the Recording District of LINCOLN, State of Maine in Book 3358 at Page 174 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, S/B/M TO FIRST HORIZON HOME LOAN CORPORATION and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, S/B/M TO FIRST HORIZON HOME LOAN CORPORATION hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE).

Property more commonly described as: 16 UNION COURT, BOOTHBAY HARBOR, MAINE 04538

2627269

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 2-20-2018

**FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, S/B/M TO FIRST HORIZON HOME LOAN CORPORATION**

By: Tina Mathews

Title: Loan Operations Officer

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

---

State of TN
County of Shelby

On 2-20-2018, before me, Teresa Johnson, a Notary Public, personally appeared Tina Mathews, Loan Operations Officer of/for FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, S/B/M TO FIRST HORIZON HOME LOAN CORPORATION, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of TN that the foregoing paragraph is true and correct. I further certify Tina Mathews, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary) Name): Teresa Johnson
My commission expires: 8-11-2018

*[Notary Seal: TERESA JOHNSON, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY, COMMISSION EXPIRES 8-11-2018]*

2627269