Receipt # 18529

E-RECORDED

Instr # 36756
Rebecca S. Wotton Lincoln County Registry of Deeds

**Bk 5240   PG 234**
03/23/2018 08:24:18 AM
Pages 2
ASSIGNMENT

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use


5566133

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)**, whose address is **13150 WORLDGATE DRIVE, HERNDON, VA 20170**, (ASSIGNOR), does hereby grant, assign and transfer to **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**, whose address is **C/O PRETIUM MORTGAGE CREDIT MANAGEMENT, 120 SOUTH SIXTH STREET, #2100, MINNEAPOLIS, MN 55402**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 8/23/2004
Original Loan Amount: $204,000.00
Executed by (Borrower(s)): **DIEUWERTJE W. THONET & CHRISTOPHER M. THONET**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Mortgage Book/Liber/Volume 3358, Page 174,
Document/Instrument No: 11086 in the Recording District of LINCOLN, ME, Recorded on 9/10/2004.

Property more commonly described as: **16 UNION COURT, BOOTHBAY HARBOR, MAINE 04538**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 2/23/2018

**FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), BY PRETIUM MORTGAGE CREDIT PARTNERS I LOAN ACQUISITION, LP, ITS ATTORNEY-IN-FACT**

By: JASON KNAPP
Title: AUTHORIZED SIGNATORY

Witness Name: MATTHEW SHEA

2627269

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of   **MINNESOTA**
County of  **HENNEPIN**

On __2-23-18__, before me, THU VAN WITTMANN, a Notary Public, personally appeared JASON KNAPP, AUTHORIZED SIGNATORY of/for PRETIUM MORTGAGE CREDIT PARTNERS I LOAN ACQUISITION, LP, AS ATTORNEY-IN-FACT FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of MINNESOTA that the foregoing paragraph is true and correct. I further certify JASON KNAPP, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.



(Notary Name): THU VAN WITTMANN
My commission expires: 01/31/2023

THU VAN WITTMANN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023

2627269

A true copy
ATTEST:
Rebecca S Wotton, Registrar
3-27-2019