AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00209-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher M Thonet
was received by me on *(date)* 9-16-21.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Dieuwertje Thonet 175 Heath Rd Saco, Me., a person of suitable age and discretion who resides there, by Abode Service on *(date)* 9/20/21 0800, ~~and mailed a copy to the individual's last known address; or~~ MSG.

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/20/21

Mike Grovo
*Server's signature*

Mike Grovo   Civil Deputy
*Printed name and title*

YCSO 1 Layman Way Alfred, Me.
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]