**MAINE JUDICIAL BRANCH**

Plaintiff: Wilmington Savings Fund Society, FSB, d/[...]

V.

Defendant: Christopher M. Thonet and Dieuwertje W. T[...]

Other Party (if any): Concorde Acceptance Corporation

"X" the court for filing:
☒ Superior Court  ☒ District Court
☐ Unified Criminal Docket
County: Lincoln
Location (Town): Boothbay Harbor
Docket No. CASE 2:21-cv-00209-JDL WILMIN[...]

**ENTRY OF APPEARANCE**

☐ The Clerk will please enter my appearance **as counsel** for ☐ plaintiff ☐ defendant ☐ other party, (*print party's name*) _____

**OR**

☒ The Clerk will please enter my appearance **as a self-represented** ☐ plaintiff ☒ defendant ☐ other party, (*print your name*) Christopher M. Thonet and Dieuwertje W. Thonet

Date (*mm/dd/yyyy*): 05/24/2022

▶ *Dieuw Thonet*
Signature

Name: Dieuwertje & Christopher Thonet
Bar Number:
Address: 6 Arena Street 1R, Worcester MA 01606
AND
175 Heath Road, Saco, ME 04072
Telephone: 978-223-0365
Email: DieuwThonet@gmail.com

**PLEASE NOTE:** This Appearance should be signed by a member of the Bar of Maine or by the party if appearing pro se, filed with the Clerk and a copy served upon each of the parties.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.