# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** | **CIVIL ACTION NO: 2:21-cv-00209-JDL** |
| **Plaintiff** | **STATUS REPORT** |
| **vs.** | **RE:**<br>16 Union Court, Boothbay Harbor, ME 04538 |
| **Christopher M. Thonet and Dieuwertje W. Thonet;**<br>**Concorde Acceptance Corporation** | |
| **Defendants** | |
| **Christopher Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020 and Dieuwertje W. Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020;**<br>**Damarsicotta Montessori School** | Mortgage:<br>08/23/2004<br>Book 3358, Page 174 |
| **Parties-in-Interest** | |

NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter "Wilmington Savings"), by and through undersigned counsel, and hereby provides the following status report:

1. On September 20, 2021, the Defendants, Christopher M. Thonet and Dieuwertje W. Thonet were served via sheriff with a copy of the Complaint and Summons.

2. On November 12, 2021, Plaintiff, through undersigned counsel, filed its Motion for Entry of Default as to Defendants, Christopher M. Thonet and Dieuwertje W. Thonet, and Parties-in-Interest [ECF No. 12].

3. On November 15, 2021, this Honorable Court entered an Order granting Motion for

Entry of Default [ECF No. 13].

4. On December 15, 2021, undersigned counsel for Plaintiff filed a Motion for Default Judgment as to Defendants, Christopher M. Thonet and Dieuwertje W. Thonet, and Parties-in-Interest [ECF No. 15].

5. On February 2, 2022, undersigned counsel for Plaintiff filed a Motion to Stay, as the parties had consented to a judicial settlement conference, and convened in discussion regarding viable settlement options in regard to the subject loan.

6. On February 2, 2022, this Honorable Court entered an Order granted said Motion to Stay, and set a deadline of March 21, 2022 for the filing of a status report regarding status of settlement or Motion to Remove Stay.

7. On February 2, 2022, the office of the undersigned counsel, sent communication via email to this Honorable Court requesting the scheduling of a judicial settlement conference, and the parties communicated throughout the month of February regarding availability and proposed dates for the judicial settlement conference.

8. On March 11, 2022, this Honorable Court entered an Order scheduling a judicial settlement conference for May 23, 2022 at 8:30AM before Magistrate Judge Joh C. Nivison, and set a deadline of May 16, 2022, for filing of in camera settlement papers.

9. The parties attended the May 23, 2022 judicial settlement conference, settlement was not achieved, and the stay of this action was lifted [ECF No. 26].

10. At this time, Plaintiff is attempting to complete service upon Defendant, Concorde Acceptance Corporation, via the Texas Secretary of State, as the corporation was a Texas corporation that has dissolved, and is no longer an active entity.

11. Plaintiff respectfully requests an extension of 45 days at this time to complete

service upon the Defendant, Concorde Acceptance Corporation, via the Texas Secretary of State.

DATED: June 6, 2022

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 6th day of June, 2022, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Christopher M. Thonet
175 Heath Road
Saco, ME 04072

Christopher M. Thonet
16 Union Court
Boothbay Harbor, ME 04538

Damarsicotta Montessori School
93 Center Street
Nobleboro, ME 04555

National American Bank
727 East Main Street
Uvalde, TX 78801

Concorde Acceptance Corporation
7929 Brookriver Drive, Suite 500
Dallas, TX 75247

Dieuwertje W. Thonet
175 Heath Road
Saco, ME 04072

Dieuwertje W. Thonet
16 Union Court
Boothbay Harbor, ME 04538

Dieuwertje W. Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020
175 Heath Road
Saco, ME 04072

Christopher Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020
175 Heath Road
Saco, ME 04072