THE STATE OF MAINE
UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 2:21-cv-00209-JDL
Filed On: 06/09/2022

WILMINGTON SAVINGS FUND SOCIETY, FSB, A/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

**AFFIDAVIT OF SERVICE**

-against-

CHRISTOPHER M. THONET, ET AL
------ DEFENDANTS -----
DAMARSICOTTA MONTESSORI SCHOOL; ET AL

STATE OF **TX**, COUNTY OF: **TRAVIS** : (Process Server): **VIVIAN SMITH**,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of **Texas**.
That on **6/28/22**, at **11:25** am/pm at JAMES E. RUDDER BUILDING
1019 BRAZOS, ROOM 105, AUSTIN, TX 78701 I served the COMPLAINT, WITH EXHIBITS bearing Index # 2:21-cv-00209-JDL and filed date 06/09/2022 upon CONCORDE ACCEPTANCE CORPORATION
C/O SECRETARY OF STATE.

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[X] **AGENCY / BUSINESS ENTITY**
by delivering thereat **2** true copy(ies) of each to (name) **MICHAEL ORTA**,
(capacity) **DESIGNATED CORP. AGENT**, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule **17.044 LONG ARM STATUE** and tendering the required fee (if applicable). **$55**

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____ who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1)____, at____ am/pm 2)____, at____ am/pm 3)____, at____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of ____ on (date)

[X] **DESCRIPTION**
Sex: **M** ; Color: **H** ; Hair: **Black** ; Approx. Age: **40's** ; Approx. Height: **6'** ; Approx. Weight: **300** ;
Other: **GLASSES**

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[X] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on: **June 28, 2022**

[Notary seal: SCOTT L. THOMAS, NOTARY PUBLIC, STATE OF TEXAS, ID# 10407286, EXPIRES 1-9-2024]

x _Vivian Smith_
Signature of Process Server

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER,, SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 54394

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS822513F)CL 1117917>