# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** | **CIVIL ACTION NO: 2:21-cv-00209-JDL** |
| **Plaintiff** | **MOTION FOR SUBSTITUTION OF PLAINTIFF** |
| vs. | RE:<br>16 Union Court, Boothbay Harbor, ME 04538 |
| **Christopher M. Thonet, Dieuwertje W. Thonet;**<br>**Concorde Acceptance Corporation** | Mortgage:<br>August 23, 2004<br>Book 3358, Page 174 |
| **Defendants** | |
| **Christopher Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020 and Dieuwertje W. Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020; Damarsicotta Montessori School**<br>**Party-In-Interest** | |

   NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, by and through its attorney, Doonan, Graves & Longoria, LLC, and hereby MOVES this Court to substitute DLJ Mortgage Capital, Inc. as Plaintiff in this action. As grounds therefor Plaintiff states the following:

1. On July 29, 2021, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust filed a Complaint in this action.

2. The Mortgage Deed was then assigned from Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to

DLJ Mortgage Capital, Inc. by virtue of an Assignment of Mortgage dated September 22, 2022, and recorded on December 22, 2022, in the Lincoln County Registry of Deeds in **Book 5964**, **Page 227**.  A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit A.

WHEREFORE, the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, respectfully requests that DLJ Mortgage Capital, Inc. be substituted as Plaintiff in this matter.

Dated this 18th day of January, 2023

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq., hereby certify that on this 18th day of January, 2023 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Christopher M. Thonet
175 Heath Road
Saco, ME 04072

Christopher M. Thonet
16 Union Court
Boothbay Harbor, ME 04538

Damarsicotta Montessori School
93 Center Street
Nobleboro, ME 04555

National American Bank
727 East Main Street
Uvalde, TX 78801

Concorde Acceptance Corporation
7929 Brookriver Drive, Suite 500
Dallas, TX 75247

Dieuwertje W. Thonet,
c/o Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, ME 04104

c/o John Z. Steed, Esq.
Island Justice - Protecting Maine Consumers
P.O. Box 771
43 School Street
Stonington, ME 0468Saco, ME 04072

Christopher Thonet, as trustee of The CT DT LLC Trust, dated May 7, 2020
175 Heath Road
Saco, ME 04072