**SPS Select Portfolio Servicing, inc.**

**Financial Breakdown Statement**
Data date:03/22/2023 09:49:45AM
Loan Number:

## Financial Breakdown Summary

### Borrower / Loan Information

| | | | | | |
|---|---|---|---|---|---|
| Loan Number: | | Loan Status: | LIT | Interest Type: | FIXED |
| Borrower: | THONET, DIEUWERTJE W | Due Date: | 07/01/2016 | Modified Date: | MM/DD/YYYY |
| Co-Borrower: | - | MI Coverage: | No | Restricted Escrow | $3,192.30 |
| Address: | 16 UNION CT | Acquisition Date: | 08/01/2022 | BK Case #: | |
| City: | BOOTHBAY HARBOR | Maturity Date: | 09/01/2034 | BK Chapter: | |
| State: | ME | Stop Adv date: | MM/DD/YYYY | BK Filing Date: | |
| County: | Lincoln | Last Payment Date: | | Prepared Date: | 03/22/2023 |

### Financial Information

| | | | |
|---|---|---|---|
| **Unpaid Principal Balance** | | | **$159,594.80** |
| | Principal Balance | $159,594.80 | |
| | Deferred Balance | $0.00 | |
| **Accrued Interest** | | | **$54,139.59** |
| | Interest From Date | 06/01/2016 | |
| | Good-thru Date | 04/20/2023 | |
| | Interest Rate | 5.62500% | |
| | Per Diem Rate | $18.05 | |
| **Escrow Advance Balance** | | | **$18,153.81** |
| | Taxes | $1,781.89 | |
| | Insurance | $934.72 | |
| | Escrow Refund/Disbursement | $0.00 | |
| | Mortgage Insurance | $0.00 | |
| | Prior Servicer Advances | $15,437.20 | |
| **MIP / PMI** | | | **$0.00** |
| **Advance Balance** | | | **$12,928.45** |
| | Valuations | $0.00 | |
| | Preservation | $8,771.91 | |
| | Inspections | $797.98 | |
| | Postage | $0.00 | |
| | Misc. | $3,358.56 | |
| **Late Charges** | | | **$0.07** |
| **NSF Fees** | | | **$0.00** |
| **Fax Fees** | | | **$0.00** |
| **Payoff Fees** | | | **$0.00** |
| **Interest on Advance** | | | **$0.00** |
| **Misc.** | | | **$0.00** |
| **Unapplied Funds** | | | **$0.00** |
| **Total without Attorney fees** | | | **$244,816.72** |
| **Advance Balance - Excluded** | | | **$7,940.24** |
| | FC Fees | $5,598.00 | |
| | FC Costs | $2,342.24 | |
| | BK Fees | $0.00 | |
| | BK Costs | $0.00 | |
| **Total with Attorney fees** | | | **$252,756.96** |

### Foreclosure Name

DLJ Mortgage Capital, Inc.

**SPS** SELECT Portfolio SERVICING, inc.

**Financial Breakdown Statement**
Data date:03/22/2023 09:49:45AM
Loan Number

## Financial Breakdown Details

| Transaction Date | Transaction Description | Late Charges | Late Charges Balance | NSF Charges | NSF Charges Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow / Advance Activity | Escrow / Advance Balance | Other Fees | Other Fees Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 08/03/2022 | Prior Servicer-Late Charge | $0.07 | $0.07 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 08/03/2022 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $0.07 | | $0.00 | | $0.00 | $9,999.99 | $9,999.99 | | $0.00 |
| 08/03/2022 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $0.07 | | $0.00 | | $0.00 | $5,518.63 | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-FC ATTY FEES | | $0.07 | | $0.00 | $5,598.00 | $5,598.00 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-FC COSTS | | $0.07 | | $0.00 | $2,342.24 | $7,940.24 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-PROP INSPECTION | | $0.07 | | $0.00 | $758.00 | $8,698.24 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-PROPERTY PRESV | | $0.07 | | $0.00 | $1,935.71 | $10,633.95 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-Prior Servicer Advances | | $0.07 | | $0.00 | $3,358.56 | $13,992.51 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-REO GEN CLEANING | | $0.07 | | $0.00 | $40.00 | $14,032.51 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-REO REPAIRS | | $0.07 | | $0.00 | $3,831.20 | $17,863.71 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-WINTERIZE PROP | | $0.07 | | $0.00 | $250.00 | $18,113.71 | | $15,518.62 | | $0.00 |
| 08/12/2022 | Prior Servicer-YARD MAINTENANCE | | $0.07 | | $0.00 | $2,715.00 | $20,828.71 | | $15,518.62 | | $0.00 |
| 08/17/2022 | City Tax | | $0.07 | | $0.00 | | $20,828.71 | $890.95 | $16,409.57 | | $0.00 |
| 08/24/2022 | Hazard Premium Refund | | $0.07 | | $0.00 | | $20,828.71 | ($78.81) | $16,330.76 | | $0.00 |
| 10/05/2022 | Homeowners/Fire Insurance | | $0.07 | | $0.00 | | $20,828.71 | $350.52 | $16,681.28 | | $0.00 |
| 10/18/2022 | PROP INSPECTION | | $0.07 | | $0.00 | $19.99 | $20,848.70 | | $16,681.28 | | $0.00 |
| 11/02/2022 | Homeowners/Fire Insurance | | $0.07 | | $0.00 | | $20,848.70 | $116.84 | $16,798.12 | | $0.00 |
| 11/23/2022 | PROP INSPECTION | | $0.07 | | $0.00 | $19.99 | $20,868.69 | | $16,798.12 | | $0.00 |
| 12/02/2022 | Homeowners/Fire Insurance | | $0.07 | | $0.00 | | $20,868.69 | $116.84 | $16,914.96 | | $0.00 |
| 12/31/2022 | Interest on Escrow Credit | | $0.07 | | $0.00 | | $20,868.69 | ($2.61) | $16,912.35 | | $0.00 |
| 01/03/2023 | Escrow Advance | | $0.07 | | $0.00 | | $20,868.69 | $0.00 | $16,912.35 | | $0.00 |



**Financial Breakdown Statement**
Data date:03/22/2023 09:49:45AM
Loan Number:

| | Recovery | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | Homeowners/Fire Insurance | | $0.07 | | $0.00 | | $20,868.69 | $116.84 | $17,029.19 | $0.00 |
| 02/02/2023 | Homeowners/Fire Insurance | | $0.07 | | $0.00 | | $20,868.69 | $116.84 | $17,146.03 | $0.00 |
| 02/03/2023 | City Tax | | $0.07 | | $0.00 | | $20,868.69 | $890.94 | $18,036.97 | $0.00 |
| 03/02/2023 | Homeowners/Fire Insurance | | $0.07 | | $0.00 | | $20,868.69 | $116.84 | $18,153.81 | $0.00 |
| 03/22/2023 | | | $0.07 | | $0.00 | | $20,868.69 | | $18,153.81 | $0.00 |

**SPS** SELECT Portfolio SERVICING, inc.

**Financial Breakdown Statement**
Data date:03/22/2023 09:49:45AM
Loan Number:

## Payment History

| Transaction Date | Transaction Description | Due Date | Payment | Principal | Interest | Escrow | Fee / Advance code | Fee / Advance | Fee / Advance Description | Unapplied | Restricted Escrow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | New Loan Setup | 07/01/2018 | $0.00 | ($159,594.80) | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 08/03/2022 | Pre-distributed Interest, Escrow, Payment | 07/01/2018 | ($9,999.99) | $0.00 | $0.00 | ($9,999.99) | | $0.00 | | $0.00 | $0.00 |
| 08/03/2022 | Pre-distributed Interest, Escrow, Payment | 07/01/2018 | ($5,518.63) | $0.00 | $0.00 | ($5,518.63) | | $0.00 | | $0.00 | $0.00 |
| 08/04/2022 | Non-Cash Balance Adjustment | 07/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |



**Financial Breakdown Statement**

Data date:03/22/2023 09:49:45AM

Loan Number:

### Interest Rate table

| Rate | From | To |
|---|---|---|
| 5.62500% | 09/01/2004 | 09/30/2004 |